1472

*Wednesday, December 16, 1992*

## MERIT DOCKET

**92–218.** State ex rel. Barker v. Etheridge. In Mandamus. *Sua sponte*, cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.
DOUGLAS, J., dissents and would issue a show cause order why the cause should not be dismissed.

**92–1580.** State ex rel. Harrison v. Williams. In Mandamus. On response to show cause order and on motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–2023.** State ex rel. Dampier v. Ohio Dept. of Rehab. & Corr. In Mandamus. On request to dismiss. Request to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–2109.** State ex rel. Slone v. Cambell. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–2138.** State ex rel. Preston v. Ohio Adult Parole Auth. In Mandamus. *Sua sponte*, cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

## MOTION DOCKET

**91–1795.** State v. Thrower. *Summit County*, No. 14967. On motion to compel. Motion denied.

**92–527.** State v. Moreland. *Franklin County*, No. 91AP–742. On request for findings of fact and conclusions of law. Request denied.

**92–566.** Graham v. Mengel. On motion to reply to *amicus* brief. Motion granted.
HOLMES and WRIGHT, JJ., dissent.